IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TOMMIE E. EVANS,

                Petitioner,                ORDER

    v.

                                            10-cv-328-slc

ROBERT HUMPHREYS,
Warden, Racine Correctional Institution,

                Respondent.

---

        Petitioner Tommie Evan's brief in support of his petition for a writ of habeas corpus under 28 U.S.C. § 2254 was to be filed no later than October 18, 2010. Because petitioner has not filed his brief in support, I am giving him one final opportunity to do so. If petitioner does not file his brief in support by November 15, 2010, the court will decide petitioner's petition on the current record. If petitioner does submit his brief in support, a new briefing schedule will be set.

## ORDER

        IT IS ORDERED that petitioner Tommie E. Evans has until November 15, 2010 to file his brief in support of his petition for a writ of habeas corpus.

        Entered this 28th day of October, 2010.

                                          BY THE COURT:

                                          /s/

                                          STEPHEN L. CROCKER
                                          Magistrate Judge