IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TOMMIE E. EVANS,

    Petitioner,

v.

ROBERT HUMPHREYS, Warden,
Racine Correctional Institution,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-328-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent denying the petition of Tommie E. Evans for a writ of habeas corpus under 28 U.S.C. § 2254.

_Peter Oppeneer_      10/26/2011

Peter Oppeneer, Clerk of Court      Date