UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2016 OCT 11 AM 11: 11
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

TOMMIE EVANS,

    Petitioner-Appellant,

v.

                                              Case No. 10-cv-328-wmc

ROBERT HUMPHREYS,

    Respondent-Appellee.

## NOTICE OF APPEAL

Tommie Evans hereby gives notice pursuant to FED. R. APP. P. 3(c) and 4(b)(1)(A), that he appeals he order denying his petition under 28 U.S.C. § 2254, which was imposed on October 25, 2011, in the United States District Court for the Western District of Wisconsin, the Honorable William M. Conley presiding. Mr. Evans takes this appeal to the United States Court of Appeals for the Seventh Circuit.

The district court issued a certificate of appealability pursuant to 28 U.S.C. § 2253 & Fed. R. App. P. 22(b), authorizing this appeal, in the same order denying the § 2254 petition.

With this notice of appeal, Mr. Evans also files the docketing statement required by CIRCUIT RULE 3 (7th Cir.) combined with a CIRCUIT RULE 26.1 disclosure statement.

Dated at Madison, Wisconsin, September 9, 2016.

                                          Respectfully submitted,
                                          TOMMIE EVANS, Petitioner

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing to be served on AAG Gregory Weber at Wisconsin Department of Justice, PO Box 7857, Madison WI, 53707.